**STATE of Louisiana, Through the DEPART-
MENT OF HIGHWAYS**

v.

**Wilburn W. TERRAL.**

No. 49118.

March 8, 1968.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

207 So.2d 541

**Elvin B. LOCKHART et ux.**

v.

**McINNIS–PETERSON CHEVROLET,
INC., et al.**

No. 49119.

March 8, 1968.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

207 So.2d 541

**Swepson C. CHANEY**

v.

**Richard WILLIHER et al.**

No. 49124.

March 8, 1968.

Writ refused. There is no error of law in the judgment. See Trahan v. Phoenix Insurance Company, La.App., 200 So.2d 118 (cert. denied by this Court, 251 La. 47, 202 So.2d 657). Applicant's remedy is by legislation.